Page 1 of 8

US District Court
For the
Western District of New York

Carlos Bayon
    V
USA;
Monroe County Jail;
PrimeCare Medical, Inc;
OSHA

18 CV1423 W

Case #

UNITED STATES DISTRICT COURT
FILED
DEC 06 2018
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Complaint

I am a 63 years old male incarcerated in the above mentioned facility on Federal charges. Since arriving here on or about 10/23/2018 I have received inadequate medical care for my diabetes and hypertriglyceredemia and a fungal infection of my toes. that it is under the nails. I have also a history of cancer and the Doctor here, Dr. Fletcher, has refused to send me to a dermatologist to evaluate suspicious looking moles. Dr. Fletcher refuses to consult with my endocrinologist or refer me to him. Dr Fletcher, to save money has taken me out of insulin Lantus and Lovaza which has precipitated pancreatitis and neuropathy again. Dr. Fletcher stated that he and Prime Care Medical Inc. would not treat my conditions

Dr. Fletcher is experimenting with me and has placed me in a vegetarian diet without meat salt or sugars. I have lost a total of 35 pounds due to the insufficient amount of food in another facility and in this one and Dr. Fletcher's experiment. I am always tired, I sleep 20 hours daily, I have pain around the Pancreas (pancreatitis) and I have all the symptoms again of neuropathy including pins and needles, burning, itching of the lower legs that my endocrinologist managed to control. I have been eating the same things for weeks white rice and apple sauce.

The defendants also starve the plaintiff and his last meal of the day is at 4 pm and it is not until 7 Am the following day when he is Fed again, a total of 15 hours without food.

Dr. Fletcher believes that he can treat hypertriglyceredemia with regular over-the counter fish oil and that the pharmaceutical companies have "brain washed" me into beleiving that Lovaza works and that he can treat me with fish oil.

I am indigent and have been since my arrest by federal Marshalls that prevent me from taking money with me so I have been unable to buy extra food from the jail and prevent my physical deterioration and weigh lose.

Prime care Medical Inc. refuses to provide me with Insulin, Lovaza and refuses to test my blood with the "finger stick" but insit that I continue to take a blood sugar lowering medication (~~Lovaza~~ Metformin). This could be fatal to me.

This facility, the Monroe county jail, has a mice and rat infestation. Inmates have been bitten and I have strange bites on my legs. The infestation is out of control (25-30) and from my cell at night I see mice running around the dinning area.

This facility does not meet Federal or state standars and should be closed and cleaned from biting and flying pests. The temperature on the cells is kept below a temperature fit for humans.

In this facility inmates are triage in front of other inmates and questions about their medications, HIV and hepatitis are discussed in front of everyone even when privacy areas are available. HIPA regulations are not followed.

Defendants refuse to provide medications that are not in their formulary, because they are too expensive and recomend the condition be treated outside after completion of sentence. This is frequently a death sentence.

These is cruel and unusual punishment. The defendants also run a food comisary for the inmates that have money so the Monroe County jail has conflicting interest. In the one hand they make money by supplying food to inmates if in the other they do not supply sufficient food for the inmates. I discover by asking other inmates that they spend about $50.00 dollar a week to supplement the meager amount of food this jail supply, and making the jail comisary a multi millions dollar business.

Case 1:18-cv-01423-EAW Document 1 Filed 12/06/18 Page 5 of 8

Because of the experimental diet of Dr. Fletcher I feel hunger all the time and I have a fear of starvation. I am unable to concentrate long enough to defend my criminal case. I am fearful of Dying, I feel ANXIOUS, NERVOUS and deppesred.

The noise level inside the pods Reach incredible decibels levels and the guards do not control or keep the noise down to a liveable level. these levels affect the guards as well and they are irritable and look that they consume too much alcohol.

The noise levels may be control by placing mental INMATES in a separate area from normal inmates. or providing activities.

Inmates are consuming RAW Ramen noodles soups supplied by the Jail commisary since boiling water or a microwave oven is not available to the inmates. These soups may be the cause high Blood pressure, High Cholesterol stomach ulcers and cancers associated with the high consumption of Sodium. Some inmates consume as much a 20 soups a week.

Parties:

Carlos Bayon Plaintiff - Inmate # 389442
130 S. Plymouth Ave
Rochester, NY 14614

Defendants:

Monroe County Jail
Prime Care Medical Inc
} at 1305. Plymouth ave.
Rochester NY
14614
Phone (585)-753-4178

Defendants:

USA
OSHA
} at
c/o James P. Kennedy Jr.
US Attorney
138 Delaware Ave
Buffalo, NY 14202
Phone (716) 843-5873

Remedy Sought:
An action under N2 USC 1983, Compensatory,
Injunctive, Punitive
and all legal remedies available.
Jury Verdict.

Signature:
Carlos B          11-29-2018
Under Penalty of Perjury.

In Forma Pauperis
Plaintiff without Fund and would like to proceed in
Forma pauperis as a poor person. Carlos B 11-29-2018
Under Penalty of Perjury

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

18   CV1423

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Bayon

**DEFENDANTS**

USA, et al

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
  Plaintiff

☒ 3  Federal Question
  *(U.S. Government Not a Party)*

☐ 2  U.S. Government
  Defendant

☐ 4  Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & / ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander / Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' / Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability / ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine / Injury Product | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product / Liability | | | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle / ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability / ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal / Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury / ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - / Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☒ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
  Proceeding

☐ 2  Removed from
  State Court

☐ 3  Remanded from
  Appellate Court

☐ 4  Reinstated or
  Reopened

☐ 5  Transferred from
  Another District
  *(specify)*

☐ 6  Multidistrict
  Litigation -
  Transfer

☐ 8  Multidistrict
  Litigation -
  Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
  UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*        JUDGE _____        DOCKET NUMBER _____

DATE _____        SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Carlos Bayon Prisoner # 399442
Location 25-30
130 S. Plymouth ave
Rochester, NY 14614

DEC - 6 2018
BUFFALO

Legal Mail

ROCHESTER NY 144

03 DEC 2018 PM 1 L

Barn Swallow

To: US District Court
Clerks Office
2 Niagara Square
Buffalo, NY 14202

14202-335099